NO. 07-12-0063-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 FEBRUARY 23, 2012
 ______________________________

 RK FINANCIAL GROUP, L.P.,

 Appellant

 V.

 ALLSTATE SECURITY INDUSTRIES,

Appellee
 _________________________________

 FROM THE COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY;

 NO. 97-110-1; HON. W.F. "CORKY" ROBERTS, PRESIDING
 _______________________________

 ORDER OF ABATEMENT
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
RK Financial Group, L.P. (appellant) appeals the trial courts summary judgment order. This court has received notice from appellants counsel that appellant has filed a voluntary petition as debtor under the United States Bankruptcy Code. Said notice included a faxed file-marked document from the United States Bankruptcy Court, Northern District of Texas, Dallas Division. Pursuant to 11 U.S.C. 362, any further action in this appeal is automatically stayed. 

Under these circumstances, and for administrative purposes, this appeal is removed from the docket of this court and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted or that the court may otherwise proceed with the disposition of the cause.
Accordingly, the appeal is abated.

Per Curiam